# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DR. NOREEN BARAJAS-MURPHY,<br><br>  Plaintiff,<br><br>v.<br><br>ONLINE LEARNING CONSORTIUM, INC., a Massachusetts corporation and DOES 1-10,<br><br>  Defendant. | Case No. 2:19-cv-06447 AB (SSx)<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Honorable Andre Birotte, Jr. |

The Court having reviewed the Stipulation of Dismissal of Action Without Prejudice,

IT IS ORDERED as follows:

1. That this action be dismissed without prejudice in its entirety; and
2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 25, 2019

The Honorable Andre Birotte, Jr.
United States District Judge